**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES FERGUSON, individually and as the personal representative of the ESTATE OF ROSELYN FERGUSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>WALMART STORES, INC.,<br><br>        Defendants. | Case No. 2:13-cv-00517-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on BRR Architecture, Inc.'s Motion to Strike Plaintiff's Amended Complaint (#22) filed October 22, 2013. The Court conducted a hearing on December 3, 2013. After considering the papers submitted by the parties, as well as oral argument by counsel, and there being no opposition, and the matter having been submitted following argument for decision,

**IT IS ORDERED** BRR Architecture, Inc.'s Motion to Strike Plaintiff's Amended Complaint (#22) is **granted.**

DATED this 3rd day of December, 2013.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge