**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES FERGUSON,

        Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

        Defendant(s).

2:13-CV-517 JCM (GWF)

**ORDER**

Presently before the court is defendant BRR Architecture Inc.'s motion to dismiss. (Doc. # 20). Though the response deadline has passed, plaintiffs James Ferguson and the estate of Roselyn Ferguson have not filed an opposition.

After the instant motion was filed, Magistrate Judge Foley filed an order striking the portions of the complaint that pertained to defendant BRR Architecture Inc. (Doc. # 34). As there are no claims pending against BRR Architecture Inc., the motion to dismiss is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED defendant BRR Architecture Inc.'s motion to dismiss (doc. # 20) be, and at the same time hereby is, DENIED as moot.

DATED April 1, 2014.

_____
**UNITED STATES DISTRICT JUDGE**