**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES FERGUSON,

    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

    Defendant(s).

2:13-CV-517 JCM (GWF)

**ORDER**

Presently before the court is a motion to dismiss filed by third-party defendant Concrete Systems, LLC. (Doc. # 55). Third-party plaintiff Moorfield Construction, Inc. filed a response in opposition, (doc. # 57), and Concrete Systems filed a reply, (doc. # 59).

After the instant motion was filed, Moorfield Construction filed an amended third-party complaint. (Doc. # 65). Therefore the motion to dismiss, which relates to a superseded version of the third-party complaint, is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that third-party defendant Concrete Systems, LLC's motion to dismiss, (doc. # 55), be, and the same hereby is, DENIED as moot.

DATED July 9, 2014.

                                                **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**