# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSELYN KENNEDY as the personal representative of the ESTATE OF ROSELYN FERGUSON, and as Guardian ad Litem for JAMES FERGUSON,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WALMART STORES, INC. and MOOREFIELD CONSTRUCTION, INC.,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00517-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulation and Order to Extend Discovery Deadlines (Third Request) (#78) filed November 5, 2014, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than July 3, 2015. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **July 23, 2015**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 13th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge