# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSELYN KENNEDY as the personal representative of the ESTATE OF ROSELYN FERGUSON, and as Guardian ad Litem for JAMES FERGUSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WALMART STORES, INC. and MOOREFIELD CONSTRUCTION, INC.,<br><br>　　　　　　Defendants.<br><br>And related claims. | Case No. 2:13-cv-00517-JCM-GWF<br><br>**ORDER** |

　　　This matter is before the Court upon a letter received from Plaintiffs' counsel, Leslie Stovall, dated July 14, 2015, advising that a settlement had been reached in this matter in January, 2015. To date, a stipulation and order of dismissal has not been filed with the Court. Accordingly,

　　　**IT IS HEREBY ORDERED** that a stipulation and order of dismissal be filed with the court on or before **July 27, 2015.**

　　　DATED this 17th day of July, 2015.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge