STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
JARED B. ANDERSON, ESQ.
Nevada Bar No. 9747
2301 Palomino Lane
Las Vegas, NV 89107
(702)258-3034
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES FERGUSON, individually and as the personal representative of the ESTATE OF ROSELYN FERGUSON,

    Plaintiffs,

vs.

WALMART STORES, INC., MOOREFIELD CONSTRUCTION, INC., and DOES I-X and ROE CORP. I-X, inclusive.

    Defendants.

CASE NO.: 2:13-CV-00517-JCM-GWF

## STIPULATION AND ORDER TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and through their respective counsel that the above-entitled matter be dismissed with prejudice.

STOVALL & ASSOCIATES

_____  Date: 1/9/14
Leslie Mark Stovall, Esq.
Nevada State Bar No.: 2566
Jared B. Anderson, Esq.
Nevada Bar No.: 9747
2301 Palomino Lane
Las Vegas, NV 89107
Ph: (702) 258-3034
Fax: (702-258-3034
Attorney for Plaintiffs

```
                                           Ferguson vs WalMart Stores, Inc., et al
                                           CV: 2:13-CV-00517-JCM-GWF
                                           SAO
```

1  
2  
3  _10341 Gr_  
4  _____     Date: 2-10-15  
   Brian K. Terry, Esq.  
5  Nevada Bar No. 003171  
   Meredith L. Holmes, Esq.  
6  Nevada Bar No. 11602  
   1100 E. Bridger Avenue  
7  P.O. Drawer 2070  
   Las Vegas, NV 89125-2070  
8  Ph: (702) 366-0622  
   Fax: (702)366-0327  
9  Attorneys for Third-Party Defendant,  
   Concrete Systems, LLC  
10  

11  _____     Date: 2-17-15  
12  Cindie D. Hernandez, Esq.  
    John R. Hawley, Esq.  
13  Lee, Hernandez, Landrum & Garofalo  
    7575 Vegas Dr., Suite 150  
14  Las Vegas, NV 89128  
    Ph: (702) 880-9750  
15  Fax: (702)314-1210  
    Attorneys for WalMart Stores, Inc  
16  and Moorfield Construction, Inc.  

17  

18                              **ORDER**  

19      IT IS SO ORDERED this _____ day of _____, 2015.  
20  
21  
22                              _____  
                                MAGISTRATE JUDGE  
23  Submitted by:  

24  STOVALL & ASSOCIATES  

25  
26  JARED B. ANDERSON, ESQ.  
    Nevada Bar No. 9747  
27  2301 Palomino Lane  
    Las Vegas, NV 89107  
28

```
                                                Ferguson vs WalMart Stores, Inc., et al
                                                CV: 2:13-CV-00517-JCM-GWF
                                                SAO
```

|   |                                           |       |
|---|-------------------------------------------|-------|
| 1 |                                           |       |
| 2 |                                           |       |
| 3 |                                           |       |
| 4 | _____                  | Date: _____ |
| 5 | Brian K. Terry, Esq.<br>Nevada Bar No. 003171 |   |
| 6 | Meredith L. Holmes, Esq.<br>Nevada Bar No. 11602 |  |
| 7 | 1100 E. Bridger Avenue<br>P.O. Drawer 2070 |   |
| 8 | Las Vegas, NV 89125-2070<br>Ph: (702) 366-0622 |   |
| 9 | Fax: (702)366-0327<br>Attorneys for Third-Party Defendant,<br>Concrete Systems, LLC | |

```
 1
 2
 3
 4                                   Date: _____
 5   Brian K. Terry, Esq.
     Nevada Bar No. 003171
 6   Meredith L. Holmes, Esq.
     Nevada Bar No. 11602
 7   1100 E. Bridger Avenue
     P.O. Drawer 2070
 8   Las Vegas, NV 89125-2070
     Ph: (702) 366-0622
 9   Fax: (702)366-0327
     Attorneys for Third-Party Defendant,
10   Concrete Systems, LLC

11
                                     Date: _____
12   Cindie D. Hernandez, Esq.
     John R. Hawley, Esq.
13   Lee, Hernandez, Landrum & Garofalo
     7575 Vegas Dr., Suite 150
14   Las Vegas, NV 89128
     Ph: (702) 880-9750
15   Fax: (702)314-1210
     Attorneys for WalMart Stores, Inc
16   and Moorfield Construction, Inc.

17
                            ORDER
18

19       IT IS SO ORDERED July 29, 2015.
20

21
                                     _____
22                                   UNITED STATES DISTRICT
                                     JUDGE
23   Submitted by:

24   STOVALL & ASSOCIATES

25

26   JARED B. ANDERSON, ESQ.
     Nevada Bar No. 9747
27   2301 Palomino Lane
     Las Vegas, NV 89107
28
```

/s/ James C. Mahan

#2566